May 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

### JOE GUADALUPE VASQUEZ AND MARIA GUADALUPE VASQUEZ, Appellants

NO. 14-12-00117-CV                           V.

### AMALIA PUGA, EDGAR PUGA, JUAN TAPIA, STATE BOND & MORTGAGE CO., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 14, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Joe Guadalupe Vasquez and Maria Guadalupe Vasquez.

We further order this decision certified below for observance.